IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY OGBONNAYA                      *

         Plaintiff,          *

v.                                     *          Case No.:  1:07-CV -404 (PLF)

RIVERSIDE TREATMENT SERVICES, INC.  *
and GEORGE HUDGENS
                                       *
         Defendants.

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### REPORT OF LOCAL RULE 16.3 CONFERENCE

       Pursuant to the Court's Order dated March 14, 2007, counsel in the above-captioned matter submit this report regarding the issues discussed at their LCvR 16.3 Conference.  A proposed Scheduling Order incorporating the parties' report is attached.

## I.     STATEMENT OF THE CASE

       <u>**Plaintiff's Statement**</u>:  Plaintiff alleges he was terminated from his employment because f his race and national origin (Nigerian) in violation of Title VII of the Civil Rights Act of 1964 and the District of Columbia Human Rights Act.  Plaintiff additionally pleads claims of intentional misrepresentation, intentional infliction of emotional distress, false imprisonment and a claim stated under COBRA for unpaid, accrued vacation time as well as overtime.

       <u>**Defendant's Statement**</u>:

       Defendant Riverside terminated Plaintiff when, after a long history of performance issues, he walked off the job without permission, was insubordinate and disruptive.  Defendant does not make

employment decisions based upon race or national origin. Defendants believe Plaintiff's other claim are meritless.

## II.     RULE 16.3 REPORT

1.  <u>Status of Dispositive Motions</u>.  Defendants believe that some or all of Plaintiff's claims may be resolved by dispositive motion following discovery.  Plaintiff does not believe his claims can be resolved by dispositive motion.

2.  <u>Amended Pleadings</u>:  At this time, Defendants do not anticipate that it will be necessary to join third parties or amend the pleadings.  Plaintiff may want to amend the complaint to add further claims.

3.  <u>Assignment of Magistrate Judge</u>:  The parties do not consent to assignment of a magistrate judge for trial.

4.  <u>Settlement Possibility</u>:  The parties believe that mediation may prove fruitful in this matter, after the completion of some substantial discovery.

5.  <u>Alternative Dispute Procedures</u>:  The parties believe that alternative dispute resolution in the form of mediation conducted by a magistrate judge may prove fruitful in this matter.

6.  <u>Dispositive Motions</u>:  The parties believe that any dispositive motion should be filed within 45 days (October 22, 2007) of the close of discovery, that any opposition to that motion should be filed within 30 days (November 21, 2007) of the filing of the motion, and that any reply should be filed within 21 days of the filing of the opposition (December 12, 2007).

7.  <u>Initial Disclosures</u>:  The parties agree to dispense with the initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1).

8. <u>Discovery</u>:  The parties request 150 days, until September 7, 2007, to complete discovery.  The parties agree to limit the number of interrogatories and document requests to 25 per side.  The parties agree to limit the number of depositions to 7 per side.  The parties further agree that written discovery may be propounded prior to the initial scheduling conference.

9. <u>Experts</u>:  The parties agree that the requirements of Fed. R. Civ. P. 26(a)(2) should not be modified.  Plaintiff agrees to name his experts, if any,  and provide the Expert Report(s) within forty-five (45) days (May 25, 2007) following the initial scheduling conference and the Defendant agrees to name its experts, if any, and provide the Expert Report(s) forty-five (45) days thereafter (July 9, 2007).

10. <u>Class Action Procedures</u>:  Not applicable.

11. <u>Bifurcation of Discovery or Trial</u>:  The parties do not believe that bifurcation of this matter is necessary.

12. <u>Proposed Date for the Pretrial Conference</u>:  The parties believe that a pretrial conference should not be scheduled until the Court has decided all dispositive motions.

13. <u>Trial Date</u>:  The parties agree that, if necessary, a trial date should be set at the pretrial conference.

14. <u>Other Matters</u>:   The parties do not believe there are other matters presently at issue.


Respectfully submitted,


_____/s/_____
Anthony Ogbonnaya (Pro se)
622 Rittenhouse Street, N.W.
Washington, D.C.  20011

_____/s/_____
Charles R. Bacharach
Gordon, Feinblatt, Rothman,
    Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland  21202
410/576-4169
FAX:  410/576-4292
cbacharach@gfrlaw.com
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY OGBONNAYA                          *

            Plaintiff,                    *

v.                                         *      Case No.: 1:07-CV-404 (PLF)

RIVERSIDE TREATMENT SERVICES, INC.  *

            Defendants.                   *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the Report of Local Rule 16.3 Conference and the entire record herein, it this ___ day of _____, 2007 hereby

ORDERED that the parties shall be allowed a discovery period through and until September 7, 2007 and that each party is limited to 25 interrogatories and document requests and 7 testamentary depositions, and it is further;

ORDERED, that Plaintiff shall name his experts, if any, and provide the Expert Report(s) by May 25, 2007, and Defendants shall name their experts, if any, and provide their Expert Report(s) by July 9, 2007.

ORDERED that any dispositive motions shall be filed no later than October 22, 2007, any opposition thereto shall be filed no later than November 21, 2007, and any reply shall be filed no later than December 12, 2007; and it is further;

ORDERED, that the Court shall schedule a pretrial conference, if necessary, after it has decided all dispositive motions.


Date_____          _____
                                                Paul L. Friedman
                                                United States District Judge