IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY M. OGBONNAYA

        Plaintiff,

vs.

RIVERSIDE HOSPITAL

and

GEORGE T. HUDGENS

        Defendants.

Civil Action No.: 1:07CV00404

Judge: Paul L. Friedman

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto having settled their dispute jointly stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), to the dismissal of this action, with prejudice.

/s/
_____
Charles R. Bacharach
D.C. Bar No. 448842
Gordon, Feinblatt, Rothman,
Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland 21202
410/576-4169
FAX: 410/576-4292
cbacharach@gfrlaw.com
Attorneys for Defendants

_____
Anthony M. Ogbonnaya
622 Rittenhouse Street, N.W.
Washington, D.C. 20011
202-291-2160
Plaintiff, pro se

Date: May _____, 2007

SO ORDERED:

_____
Paul L. Friedman, United States District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of May, 2007, a copy of the foregoing Stipulation of Dismissal With Prejudice was filed electronically and mailed, first class, postage prepaid to Anthony Ogbonnaya, 622 Rittenhouse Street, N.W., Washington, D.C. 20011.

/s/
Charles R. Bacharach